**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| BABBAGE HOLDINGS, LLC | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:13-CV-766 |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| RIOT GAMES, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**RIOT GAMES, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Riot Games, Inc. makes

the following disclosures:

1.  Tencent Holdings Ltd. is Riot Games, Inc.'s parent corporation.

2.  No other publicly held corporation owns 10% or more of its stock.

Dated: December 20, 2013

By */s/ Melissa R. Smith*
Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, L.L.P.
303 S. Washington Ave.
Marshall, Texas 75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257
melissa@gillamsmithlaw.com

Michelle L. Marriott
Eric A. Buresh (*pro hac vice application to be filed*)
Megan J. Redmond (*pro hac vice application to be filed*)
ERISE IP, P.A.
6201 College Blvd., Ste. 300

Overland Park, KS  66211
Telephone:  913.777.5600
Facsimile:  913.777.5601


**ATTORNEYS FOR DEFENDANT RIOT
GAMES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Corporate Disclosure Statement was sent via the Court's electronic filing system on December 20, 2013, to counsel of record:


_____/s/ Melissa R. Smith_____
Melissa R. Smith